

FILED

SEP 15 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
ALFONSO LOVE-EL,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        Civil Action No. ·   11 1678
                                    )
ISAAC FULWOOD, et al.,              )
                                    )
            Defendants.             )
_____)

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis*

and *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this civil rights action under 42 U.S.C. § 1983, *see* Compl. at 1, seeking

compensatory damages of $500,000 for his unlawful detention, *id.* at 2. Because plaintiff's claim

goes to the fact of his incarceration, he cannot recover damages in a civil rights action without

showing that his confinement has been invalidated by "revers[al] on direct appeal,

expunge[ment] by executive order, declar[ation of invalidity] by a state tribunal authorized to

make such determination, or . . . a federal court's issuance of a writ of habeas corpus." *Heck v.*

*Humphrey*, 512 U.S. 477, 486-87 (1994); *accord White v. Bowie*, 194 F.3d 175 (D.C. Cir. 1999)

(table). Plaintiff has not satisfied this prerequisite.[1]

This action will be dismissed without prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and

1915A(b)(1) because the complaint fails to state a claim upon which relief can granted. An

---

[1]     Plaintiff recently filed a petition for a writ of habeas corpus, *see Love-El v.*
*Johnson*, Civ. No. 11-1186 (D.D.C. filed June 28, 2011), but the Court has not yet issued a
ruling.

M

3

Order is issued separately.

DATE: Sept. 13, 2011

_____
United States District Judge
J. Boasberg